Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0521

Berry Stephens v. Billy Glenn Matherly, Jr., individually and as personal representative of the Estate of Pauline Youngblood, deceased (Appeal from Coffee Circuit Court: CV-20-900111).

COOK, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Stewart, JJ., concur.